USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/11/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**MARTINA D. ADAMS,**

**Plaintiff,**

**-against-**

**NYC DEPARTMENT OF ENVIRONMENTAL PROTECTION BUREAU OF CUSTOMER SERVICE,**

**Defendant.**

**---------------------------------------------------------------X**

**25-CV-08145 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On April 2, 2026, the Court issued an order of service directing the Clerk of Court to issue a summons and deliver to the U.S. Marshals Service all paperwork necessary to effect service on Defendant. To date, no proof of service has been filed.

Accordingly, by August 25, 2026, Plaintiff shall file a letter updating the Court on the status of service and describing any efforts made to serve Defendant. Alternatively, Plaintiff may request an extension of time for service.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 11, 2026
New York, New York